IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**W.T. DAVIS, INDIVIDUALLY;**
**AARON GORDON AND CARLTON R. BERRY**
**ON BEHALF OF A CLASS OF TAXPAYERS**
**OF GARLAND COUNTY, ARKANSAS, SIMILARLY SITUATED;**
**AND THE GARLAND COUNTY CHAPTER OF THE N.A.A.C.P.**          **PLAINTIFFS**

**VS.**                     **CASE NO. 6:89-CV-06088**

**HOT SPRINGS SCHOOL DISTRICT;**
**STATE OF ARKANSAS;**
**ARKANSAS STATE BOARD OF EDUCATION;**
**THE COMMISSIONER OF THE STATE BOARD OF EDUCATION;**
**CUTTERMORNING STAR SCHOOL DISTRICT;**
**FOUNTAIN LAKE SCHOOL DISTRICT;**
**JESSIEVILLE SCHOOL DISTRICT**
**LAKE HAMILTON SCHOOL DISTRICT;**
**LAKESIDE SCHOOL DISTRICT; AND**
**MOUNTAIN PINE SCHOOL DISTRICT**                **DEFENDANTS**

## MOTION TO ENGAGE IN DISCOVERY PRIOR TO RESPONDING TO DEFENDANTS' MOTION FOR RELIEF FROM SETTLEMENT AGREEMENT

**COME NOW** the Plaintiffs, W.T. Davis, Individually and on Behalf of a Class of Taxpayers of Garland County, Arkansas, Similarly Situated and The Garland County Chapter of the N.A.A.C.P., by and through its attorneys, Hurst Law Group, through Q. Byrum Hurst and Justin B. Hurst, and for their Motion to Engage in Discovery Prior to Responding to Defendants' Motion for Relief from Settlement Agreement herein, state and allege:

1. That the Plaintiffs have determined that it would be necessary and in the interest of justice for all if they are allowed to engage in discovery prior to their filing a Response to Defendant's Motion for Relief from Settlement Agreement.

2. The Defendants' Motion for Relief has exhibits which are basically affidavits of the School Districts and also statistical data to try to show that the Districts are unitary in dealing with the requirements imposed upon them by the decree of the Court.

3. It would be helpful to all concerned if discovery in the way of depositions could be taken prior to responding to Defendants' Motion for Relief from Settlement Agreement.

**WHEREFORE**, the Plaintiffs pray that their Motion to Engage in Discovery Prior to Filing A Response to Defendant' Motion for Relief from Settlement Agreement be granted; for their attorney fees, cost and expenses incurred herein; and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

Q. Byrum Hurst, Ark. Bar No. 74082
Justin B. Hurst, Ark. Bar No. 2005021
Hurst Law Group
520 Ouachita Avenue
Hot Springs, Arkansas 71901
(501) 623-2565 Telephone
(501) 623-9391 Facsimile
qbyrum@hurstlaw.org
justin@hurstlaw.org

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Scott A. Irby
Gary D. Marts, Jr.
Wright, Lindsey & Jennings, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

/s/ Q. Byrum Hurst
Q. Byrum Hurst