IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

## MINUTES

| | |
|---|---|
| PLAINTIFF: W.T. Davis, et al. | JUDGE: Susan O. Hickey, U. S. District Judge |
| ATTY: Q. Byrum Hurst, Jr. | REPORTER: Jodi Wade |
| Justin B. Hurst | CLERK: Robin Gray |
| DEFENDANT: Hot Springs School District, et al. | CASE NO. 6:89-cv-6088 |
| | INTERPRETER: |
| ATTY: Gary D. Marts, Jr. | |
| Scott A. Irby | DATE: February 26, 2024 |

ACTION: Motion Hearing

| TIME | MINUTES |
|---|---|
| 1:58 pm | Court convenes. |
| | Hearing re: [208] MOTION for Relief by Cutter Morning Star School District, Fountain Lake School District, Hot Springs School District, Jessieville School District, Lake Hamilton School District, Lakeside School District, Mountain Pine School District. |
| | Review of case by the Court. |
| | Opening Statements on behalf of Defendants. |
| | Evidence on behalf of Defendants: (1) Garland County Desegregation Monitoring Report 2022-2023. |
| | Opening Statements on behalf of Plaintiffs. |
| | Defendant's sworn witnesses: (1) Nancy Anderson; (2) Steve Campbell; (3) Kendal Glomski. |
| | Inquiry by the Court. |
| | The [208] MOTION for Relief by Cutter Morning Star School District, Fountain Lake School District, Hot Springs School District, Jessieville School District, Lake Hamilton School District, Mountain Pine School District is taken under advisement. |
| 4:12 pm | Court adjourned. |