# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**
W T Davis
1410 Spring St.
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 12/31/1992 | Balance forward | | 0.00 |
| 12/31/1993 | 01/01/1993-12/31/1993 - Prepare Correspondence, Conferences w/Client, Monitoring, Review, File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 8,000.00 |
| 12/31/1994 | 01/01/1994-12/31/1994 - Prepare Pleadings and Review Pleadings, Prepare Correspondence, Conferences w/Client, Attend Hearing, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 10,000.00 | 18,000.00 |
| 12/31/1995 | 01/01/1995-12/31/1995 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 26,000.00 |
| 12/31/1996 | 01/01/1996-12/31/1996 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 34,000.00 |
| 12/31/1997 | 01/01/1997-12/31/1997 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 42,000.00 |
| 12/31/1998 | 01/01/1998-12/31/1998 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 50,000.00 |
| 12/31/1999 | 01/01/1999-12/31/1999 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 58,000.00 |
| 12/31/2000 | 01/01/2000 -12/31/2000 - Prepare Correspondence, Conferences w/Client, Monitoring, Review, Pleadings, File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 66,000.00 |
| 12/31/2001 | 01/01/2001 - 12/31/2001 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 74,000.00 |
| 12/31/2002 | 01/01/2002 - 12/31/2002 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 82,000.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**
W T Davis
1410 Spring St.
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2003 | 01/01/2003 - 12/31/2003 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 90,000.00 |
| 12/31/2004 | 01/01/2004 - 12/31/2004 - Prepare Pleadings, Prepare Correspondence, Conferences w/Client, Attend Hearing, Monitoring, Review, Pleadings, File and Reports, Research, Attend Bi Annual Desegregation Meetings | 10,000.00 | 100,000.00 |
| 12/31/2005 | 01/01/2005 - 12/31/2005 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 108,000.00 |
| 12/31/2006 | 01/01/2006 - 12/31/2006 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 116,000.00 |
| 12/31/2007 | 01/01/2007 - 12/31/2007 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 124,000.00 |
| 12/31/2008 | 01/01/2008 - 12/31/2008 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 132,000.00 |
| 12/31/2009 | 01/01/2009 - 12/31/2009 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 140,000.00 |
| 12/31/2010 | 01/01/2010 - 12/31/2010 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 148,000.00 |
| 12/31/2011 | 01/01/2011 - 12/31/2011 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 156,000.00 |
| 12/31/2012 | 01/01/2012 - 12/31/2012 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 164,000.00 |
| 05/31/2013 | Review Petition for Declaratory Relief/Research/Prepare Response to Petition for Declaratory Judgment | 900.00 | 164,900.00 |
| 06/06/2013 | Review Notice of Appearance White, Moore, Roberts, State's Response to Petition, and HS School District's Response to Petition | 300.00 | 165,200.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

| To: |
|---|
| W T Davis<br>1410 Spring St.<br>Hot Springs, AR 71901 |

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 06/10/2013 | Review Order | 225.00 | 165,425.00 |
| 06/24/2013 | Letter to W.T. Davis and Other Plaintiffs re Order | 75.00 | 165,500.00 |
| 07/01/2013 | Review Motion to Withdraw as Counsel - Lisa Wilkins | 30.00 | 165,530.00 |
| 02/22/2014 | Prepare for Hearing/Conference w/Client | 900.00 | 166,430.00 |
| 07/08/2014 | Research for Brief/Review file | 600.00 | 167,030.00 |
| 08/25/2014 | Review Notice of Appearance - Jess Askew/Notice of Appearance - Ashley Welch | 30.00 | 167,060.00 |
| 08/25/2014 | Review Motion for Relief from Judgment - Cutter & Brief in Support of Motion for Relief | 300.00 | 167,360.00 |
| 09/05/2014 | Review Hot Springs School District Motion for Extension of Time | 45.00 | 167,405.00 |
| 09/17/2014 | Review State's Response to Motion for Relief | 150.00 | 167,555.00 |
| 09/17/2014 | Review HS School District Response to Motion for Relief and Brief in Support of Motion | 300.00 | 167,855.00 |
| 09/17/2014 | Review Motion to Withdraw - B. Reis - HSSD/Motion to Withdraw P. Montogmery - Mt. Pine School District | 45.00 | 167,900.00 |
| 10/24/2014 | Prepare Motion for Leave to File Belated Response | 300.00 | 168,200.00 |
| 10/29/2014 | Prepared Response to Motion for Relief and Brief in Support of Motion for Relief/Research/Review File | 600.00 | 168,800.00 |
| 11/07/2014 | Review Order of Recusal | 150.00 | 168,950.00 |
| 12/11/2014 | Review Notice of Appearance | 30.00 | 168,980.00 |
| 01/29/2015 | Review Letter from Jess Askew and Certificate of Service of Letter | 150.00 | 169,130.00 |
| 02/03/2015 | Read Letter / Correspondance | 75.00 | 169,205.00 |
| 02/18/2015 | Review Entry of Appearance Board of Education/Motion to Withdraw and Substitution | 75.00 | 169,280.00 |
| 03/13/2015 | Review Order | 30.00 | 169,310.00 |
| 03/24/2015 | Review/Prepare Motion for Relief | 300.00 | 169,610.00 |
| 03/25/2015 | Prepare Entry of Appearance - Justin Hurst | 45.00 | 169,655.00 |
| 03/31/2015 | Review Memorandum and Opinion on Relief/Phone Conference w/Client | 450.00 | 170,105.00 |
| 04/08/2015 | Letter to Elmer Beard w/ Opinion | 30.00 | 170,135.00 |
| 04/22/2015 | Review Notice of Appeal by School Districts | 30.00 | 170,165.00 |
| 04/23/2015 | Review Second Notice of Appeal by School Districts | 30.00 | 170,195.00 |
| 04/28/2015 | Review NOA Supplement - Eighth Circuit | 30.00 | 170,225.00 |
| 04/29/2015 | Letter to Elmer Beard re: Notice of Appeal | 30.00 | 170,255.00 |
| 04/30/2015 | Review Notice of Transcript Order | 45.00 | 170,300.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**
W T Davis
1410 Spring St.
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/04/2015 | Review Eighth Circuit Appeal Scheduling Order/Notice of Appearance Jess Askew/Ashley Welch Hudson/Update Calendar | 150.00 | 170,450.00 |
| 05/06/2015 | Review Letter from Clerk, Notice of Appearance Whitney Moore, Notice of Appearance Allen Roberts | 30.00 | 170,480.00 |
| 05/07/2015 | Review Letter from Eighth Circuit and Caption | 45.00 | 170,525.00 |
| 05/18/2015 | Phone w/ Ashley Hudson on Brief K Rock | 45.00 | 170,570.00 |
| 05/18/2015 | Review Method of Appendix | 30.00 | 170,600.00 |
| 05/27/2015 | Review Treanscript Transmittal Sheet | 15.00 | 170,615.00 |
| 06/24/2015 | Review Appellant Brief/Phone Conference w/Client | 900.00 | 171,515.00 |
| 06/26/2015 | Review Addendum of Appellant | 300.00 | 171,815.00 |
| 07/11/2015 | Review Letter from Appellees Arkansas State Board of Education | 45.00 | 171,860.00 |
| 07/20/2015 | Prepare Motion for Extension of Time | 150.00 | 172,010.00 |
| 07/20/2015 | Prepare Motion for Extension of Time | 150.00 | 172,160.00 |
| 07/21/2015 | Review Order Granting Extension | 15.00 | 172,175.00 |
| 07/29/2015 | Letter to Elmer Beard | 30.00 | 172,205.00 |
| 07/29/2015 | Research/Brief Prep | 450.00 | 172,655.00 |
| 08/13/2015 | Letter to Cameron Gilbert | 30.00 | 172,685.00 |
| 08/24/2015 | Review/Brief Prep | 300.00 | 172,985.00 |
| 08/27/2015 | Review Notice of Brief Deficiency - Allen Roberts | 15.00 | 173,000.00 |
| 08/27/2015 | Prepare Brief of Appellee/Mailings etc. | 1,050.00 | 174,050.00 |
| 09/15/2015 | Review Notice of Appearance Luke Burton | 30.00 | 174,080.00 |
| 09/17/2015 | Review Appellant Reply Brief/Conference w/Client | 750.00 | 174,830.00 |
| 09/21/2015 | Letter to Elmer Beard with Brief | 75.00 | 174,905.00 |
| 09/24/2015 | Review Letter from Allen Roberts re Availability for Oral Argument | 30.00 | 174,935.00 |
| 09/24/2015 | Review Letter from Hot Springs School District | 30.00 | 174,965.00 |
| 09/25/2015 | Letter to Elmer Beard w Reply Brief | 30.00 | 174,995.00 |
| 09/28/2015 | Prepare Letter to Elmer Beard | 75.00 | 175,070.00 |
| 12/29/2015 | Review Motion to Withdraw - Luke Burton/Order Granting Withdraw | 30.00 | 175,100.00 |
| 02/19/2016 | Review Notice of Appearance Freno | 30.00 | 175,130.00 |
| 03/11/2016 | Review Notice of Oral Argument being set for April/Phone Conference w/Client | 150.00 | 175,280.00 |
| 03/12/2016 | Review Oral Arugment Response Form Askew & Roberts | 30.00 | 175,310.00 |
| 03/22/2016 | Southwest Airline Ticket to St. Louis | 270.45 | 175,580.45 |
| 03/28/2016 | Prepare Oral Arugment Response Form | 75.00 | 175,655.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.  
Hot Springs, AR 71901  
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**  
W T Davis  
1410 Spring St.  
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/14/2016 | Review Order Substitution Counsel for AR Board | 45.00 | 175,700.45 |
| 04/14/2016 | Travel to St. Louis 04/13/Appear at Oral Arugment in Eighth Circuit/Travel back to Hot Springs AR | 3,000.00 | 178,700.45 |
| 04/14/2016 | 04/13 - 04/14 Hotel Overnight Stay St. Louis - Crowne Plaza Hotel | 130.00 | 178,830.45 |
| 04/19/2016 | Prepare Letter to Elmer Beard | 75.00 | 178,905.45 |
| 05/11/2016 | Prepare Letter to Elmer Beard | 75.00 | 178,980.45 |
| 08/18/2016 | Review Eighth Circuit Memorandum and Opinion/Judgment/Phone Conference w/Client | 600.00 | 179,580.45 |
| 08/26/2016 | Prepare Letter to Elmer Beard re Opinion and Judgment | 75.00 | 179,655.45 |
| 12/31/2017 | 01/01/2017 - 12/31/2017 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 187,655.45 |
| 12/31/2018 | 01/01/2018 - 12/31/2018 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 195,655.45 |
| 12/31/2019 | 01/01/2019 - 12/31/2019 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 203,655.45 |
| 02/20/2020 | Conference w/Robert Brech and Scott Smtih w/AR Public Resource Center re Desegregation Case | 300.00 | 203,955.45 |
| 09/21/2020 | Conference w/Linda Franklin and Elmer Beard - NAACP | 300.00 | 204,255.45 |
| 09/23/2020 | Attend GC Desegregation Meeting Admin Building HSSD/Cafeteria | 300.00 | 204,555.45 |
| 12/31/2020 | 01/01/2020 - 12/31/2020 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 212,555.45 |
| 04/21/2021 | Attend/Annual Desegregation Meeting/Prep | 1,125.00 | 213,680.45 |
| 04/21/2021 | Prep / Meeting - Post (Justin) | 1,500.00 | 215,180.45 |
| 04/21/2021 | Attend GC Desegregation Meeting @ HSSD Administrative Offices | 300.00 | 215,480.45 |
| 04/29/2021 | Research / Bill & 8th Circuit Order - Judge Hickey | 630.00 | 216,110.45 |
| 12/14/2021 | Review Letter from Michael Helms APSRC re Settlement Agreement | 150.00 | 216,260.45 |
| 12/31/2021 | 01/01/2021 - 12/31/2021 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 224,260.45 |
| 01/18/2022 | Conference w/Marsalis Weatherspoon | 300.00 | 224,560.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**
W T Davis
1410 Spring St.
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 04/05/2022 | Zoom Conference w/Michael Helms | 150.00 | 224,710.45 |
| 07/15/2022 | Phone Conference w/Scott Smith | 150.00 | 224,860.45 |
| 08/23/2022 | Conference w/Marsalis Weatherspoon | 300.00 | 225,160.45 |
| 08/24/2022 | Phone Conference w/Michael Helms | 150.00 | 225,310.45 |
| 12/31/2022 | 01/01/2022 - 12/31/2022 - Prepare Correspondence, Conferences w/Client, Monitoring, Review File and Reports, Research, Attend Bi Annual Desegregation Meetings | 8,000.00 | 233,310.45 |
| 05/15/2023 | Conference w/Brandon Smith re GC Desegregation Case | 300.00 | 233,610.45 |
| 07/12/2023 | Conference w/Marsalis Weatherspoon re Desegreation Case | 300.00 | 233,910.45 |
| 07/25/2023 | Review Letter from Stephanie Nehus re Desegregation Agreement | 150.00 | 234,060.45 |
| 07/25/2023 | Conference w/Michael Helms, Scott Smith and Gary Marts re Desegregation Meeting | 150.00 | 234,210.45 |
| 07/27/2023 | Attend Annual Desegregation Meeting - Chamber of Commerce | 600.00 | 234,810.45 |
| 07/31/2023 | Zoom Meeting re GC Desegregation Case | 300.00 | 235,110.45 |
| 08/16/2023 | Prepare Letter to Marsalis Weatherspoon & NAACP re Desegregation Meeting | 150.00 | 235,260.45 |
| 08/31/2023 | Zoom Conference w/NAACP | 300.00 | 235,560.45 |
| 09/05/2023 | Review Defendant's Motion for Relief from Settlement Agreement, Brief in Support and Exhibits | 900.00 | 236,460.45 |
| 09/05/2023 | Review Notice of Appearance Gary Marts | 30.00 | 236,490.45 |
| 09/06/2023 | Review Second Notice of Appearance Gary Marts | 30.00 | 236,520.45 |
| 09/07/2023 | Conference w/Brandon Smith w/Sentinel Record | 300.00 | 236,820.45 |
| 09/08/2023 | Prepare Motion for Extension of Time | 150.00 | 236,970.45 |
| 09/08/2023 | Prepare Motion to Engage in Discovery | 150.00 | 237,120.45 |
| 09/11/2023 | Conference w/Marsalis Weatherspoon | 300.00 | 237,420.45 |
| 09/12/2023 | Review Emails NAACP | 75.00 | 237,495.45 |
| 09/14/2023 | Reveiw and Respond Emails w/NAACP | 75.00 | 237,570.45 |
| 09/15/2023 | Review Defendants' Combined Response to Motion for Extension and Motion to Engage Discovery | 75.00 | 237,645.45 |
| 09/15/2023 | Review Defendant's Response in Opposition of Motion for Extension and Motion to Engage Discovery | 30.00 | 237,675.45 |
| 10/11/2023 | Prepare Affidavit of Marsalis Weatherspoon | 150.00 | 237,825.45 |
| 10/13/2023 | Prepare Response to Motion for Relief from Settlement Agreement | 600.00 | 238,425.45 |
| 10/13/2023 | Prepare Affidavit of Marsalis Weatherspoon - Changes | 75.00 | 238,500.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |

# Statement

Q. Byrum Hurst, P.A.
Hot Springs, AR 71901
518 Ouachita Ave.

| Date |
|---|
| 10/22/2024 |

**To:**
W T Davis
1410 Spring St.
Hot Springs, AR 71901

| Amount Due | Amount Enc. |
|---|---|
| $242,730.45 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/24/2023 | Review Motion for Leave to File Reply and Brief in Support | 225.00 | 238,725.45 |
| 11/09/2023 | Prepare Letter to Marsalis Weatherspoon re Motion to File Reply | 75.00 | 238,800.45 |
| 02/01/2024 | Attend Bi-Annual GC Deseg Meeting | 300.00 | 239,100.45 |
| 02/09/2024 | Review Order Setting Hearing/Update Calendar | 75.00 | 239,175.45 |
| 02/14/2024 | Prepare Letter to Marsalis Weatherspoon re 2-26 Court Date | 75.00 | 239,250.45 |
| 02/20/2024 | Prepare Motion for Continuance | 150.00 | 239,400.45 |
| 02/20/2024 | Conference w/Marsalis Weatherspoon re Hearing | 300.00 | 239,700.45 |
| 02/26/2024 | Review Minutes from Hearing | 30.00 | 239,730.45 |
| 02/26/2024 | Prepare and Appear for Hearing USDC | 900.00 | 240,630.45 |
| 07/25/2024 | Attend Annual GC Deseg Meeting | 300.00 | 240,930.45 |
| 09/24/2024 | Review Order Granting Relief and Dismissing Case With Prejudice/Conference w/Client | 750.00 | 241,680.45 |
| 09/24/2024 | Conference w/Brandon Smith w/Sentinel Record | 300.00 | 241,980.45 |
| 10/14/2024 | Research | 750.00 | 242,730.45 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 238,635.45 | 3,255.00 | 0.00 | 0.00 | 840.00 | $242,730.45 |